UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LINDA KUNDINGER, individually and on )
behalf of all others similarly situated, )
                                        )
                  Plaintiff,            )
                                        )
       v.                               ) CASE NO. 17-CV-321-jdp
                                        )
NRRM, LLC,                              )
                                        )
                  Defendant.            )

**STIPULATION REGARDING VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and

their respective counsel that the above-captioned action is voluntarily dismissed

without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each side to bear its own

fees and costs.

Dated: March 28, 2018

By:    /s/S. Todd Hamby                    By:    /s/ Bruce A. Schultz
Tina N. Babel                             Bruce A. Schultz
S. Todd Hamby                             **Coyne, Schultz, Becker & Bauer, S.C.**
**Carmody MacDonald P.C.**                150 East Gilman Street, Suite 1000
120 S. Central Avenue Suite 1800          Madison, WI  53703
St. Louis, MO  63105                      Telephone: 608-255-1388
Telephone: 314-854-8634                   Facsimile: 608-255-8592
Facsimile: 314-854-8660                   Email: bschultz@cnsbb.com
Email: tnb@carmodymacdonald.com
       sth@carmodymacdonald.com            Andrew B. Miller
                                           Jacob M. O'Brien
ATTORNEYS FOR DEFENDANT                    **Starr Austen & Miller, LLP**
NRRM, LLC                                  201 South Third Street
                                           Logansport, IN  46947
                                           Telephone: 574-722-6676

Facsimile: 574-753-3299
Email: miller@starrausten.com
          Obrien@starrausten.com

Adam J. Levitt
Amy E. Keller
Adam Prom
**Dicello Levitt & Casey LLC**
Ten North Dearborn Street, 11th Floor
Chicago, IL  60602
Telephone: 312-214-7900
Email: alevitt@dlcfirm.com
          akeller@dlcfirm.com
          aprom@dlcfirm.com

ATTORNEYS FOR PLAINTIFF
LINDA KUNDINGER


**SO ORDERED.**


Dated _____


_____
Stephen L. Crocker
United States Magistrate Judge